PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Local 272 Welfare Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

150 STREET CORP.,

    Plaintiff,

- against -

LOCAL 272 WELFARE FUND,

    Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No. 08-CV-01540

STATE OF NEW YORK   )
                             ) :ss:
COUNTY OF NEW YORK  ) :ss:

    MARTIN BRECH, being duly sworn, deposes and says:

    I am not a party to this action, is over eighteen years of age and resides in Carmel, New York.

    On February 14, 2008, I served by hand delivery true copies of the *Notice of Removal* on:

        The Clerk of the Court
        Supreme Court of the State of New York
        New York County
        60 Centre Street
        New York, New York 10007

                                               */s/ Martin Brech*
                                               Martin Brech

{00329792.DOC;}

So sworn before me this
14th day of February 2008

_Aseneth Wheeler-Russell_
Notary Public

ASENETH WHEELER - RUSSELL
Notary Public, State of New York
No. 01WH6092028
Qualified in Kings County
Commission Expires May 12, 2011