PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Local 272 Welfare Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

150 STREET CORP.,

    Plaintiff,

- against -

LOCAL 272 WELFARE FUND,

    Defendant.

---

**AFFIDAVIT OF SERVICE**

Civil Action No. 08-CV-01540

STATE OF NEW YORK    )
                            ) :ss:
COUNTY OF NEW YORK  ) :ss:

    MICHELLE WILLIAMS, being duly sworn, deposes and says:

    I am not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

    On February 14, 2008, I served true copies of the *Notice of Removal, 7.1 Statement* and *Civil Cover Sheet* in this action by regular mail on:

    FOSTER & WOLKIND, P.C.
    80 Fifth Avenue
    Suite 1401
    New York, New York 10011-8002

*Attorneys for Plaintiff*

                                                /s/ Michelle Williams
                                                Michelle Williams

{00329779.DOC;}

So sworn before me this
14th day of February 2008

_____
Notary Public

MARTIN BRECH
Notary Public, State of New York
No. 4977428
Qualified in Putnam County
Commission Expires April 20, 20 11