PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 150 STREET CORP., <br><br> Plaintiff, <br><br> - against - <br><br> LOCAL 272 WELFARE FUND, <br><br> Defendant. | 08 CV 1540 (GBD) (KNF) <br><br> <u>RULE 7.1 STATEMENT</u> |

Defendant, Local 272 Welfare Fund, by its attorneys, Pitta & Dreier LLP, states: Defendant has no parent corporation or there is no publicly held corporation owning 10% or more of stock of defendant.

Dated: New York, New York
February 25, 2008

Respectfully submitted,
PITTA & DREIER LLP
*Attorneys for Defendant Local 272 Welfare Fund*

By: /s/ Jane Lauer Barker
Jane Lauer Barker (JB 5436)
499 Park Avenue
New York, New York 10022
(212) 652-3890

{00332098.DOC;}