PITTA & DREIER LLP
499 Park Avenue
New York, New York 100232
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Local 272 Welfare Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

150 STREET CORP.,

    Plaintiff,

- against -

LOCAL 272 WELFARE FUND,

    Defendant.

------------------------------------------x

Index No. 08 CV 1540 (GBS)(KNF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                      s.s.
COUNTY OF NEW YORK  )

    MICHELLE WILLIAMS, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

    That on the **25th** day of **February, 2008** deponent served by regular mail the within **ANSWER** thereof upon:

        Peter Foster, Esq.
        FOSTER & WOLKIND, P.C.
        80 Fifth Avenue, Suite 1401
        New York, New York 10011-8002

                          *Michelle Williams*
                          Michelle Williams

Sworn to before me this
26th day of February 2008

*Deborah J. Bobb*
Notary Public

DEBORAH J. BOBB
NOTARY PUBLIC, State of New York
No. 02BO4955367
Qualified in Queens County
Commission Expires Aug. 28, 2009

{00325097.DOC;}