FOSTER & WOLKIND, P.C.
80 Fifth Avenue, Suite 1401
New York, New York 10011
(212) 691-2313
PETER B. FOSTER (PBF 0851)
STEWART WOLF (SW 8655)
*Attorneys for Plaintiff 150 Street Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x
150 STREET CORP.,                                       08-CV-1540
                                              :         (GBD) (KNF)
                        Plaintiff,
            -against -                        :

LOCAL 272 WELFARE FUND,                       :

                        Defendant.            :
---------------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on the following electronically through the Court's ECF system on the 13th day of June, 2008.

Bruce Jay Cooper    bcooper@pittadreier.com

Jane Lauer Barker   jbarker@pittadreier.com

Dated: New York, New York
       June 13, 2008

                                        FOSTER & WOLKIND, P.C.

                                        By:_____s/_____
                                        PETER B. FOSTER, ESQ. (PF 0851)
                                        Attorneys for Plaintiff
                                        150 Street Corp.
                                        80 Fifth Avenue, Suite 1401
                                        New York, New York 10011-8002
                                        (212) 691-2313
                                        pfoster@foster-wolkind.com