FOSTER & WOLKIND, P.C.
80 Fifth Avenue, Suite 1401
New York, New York 10011
(212) 691-2313
PETER B. FOSTER (PBF 0851)
STEWART WOLF (SW 8655)
*Attorneys for Plaintiff 150 Street Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
150 STREET CORP.,                                            08-CV-1540
                                              :              (GBD) (KNF)
                        Plaintiff,
            -against -                        :

LOCAL 272 WELFARE FUND,                       :

                        Defendant.   :
------------------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of plaintiff's notice of motion to amend its pleadings and add a party-plaintiff, affirmation of Peter B. Foster, Esq. in support of the motion with supporting exhibits, affidavit of Stanley J. Zawada, D.P.M., and memorandum of law in support of the motion with supporting exhibit were served on the following electronically through the Court's ECF system on the 16th day of June, 2008.

Bruce Jay Cooper     bcooper@pittadreier.com

Jane Lauer Barker    jbarker@pittadreier.com

Dated: New York, New York
       June 16, 2008

                                        FOSTER & WOLKIND, P.C.

                                        By:_____s/_____
                                            PETER B. FOSTER, ESQ. (PF 0851)
                                            Attorneys for Plaintiff
                                            150 Street Corp.
                                            80 Fifth Avenue, Suite 1401
                                            New York, New York 10011-8002
                                            (212) 691-2313
                                            pfoster@foster-wolkind.com