FOSTER & WOLKIND, P.C.
80 Fifth Avenue, Suite 1401
New York, New York 10011
(212) 691-2313
PETER B. FOSTER (PBF 0851)
STEWART WOLF (SW 8655)
*Attorneys for Plaintiff 150 Street Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x
150 STREET CORP.,                                                                    08-CV-1540
                                                          :                          (GBD) (KNF)
                                    Plaintiff,
            -against -                                    :

LOCAL 272 WELFARE FUND,                                   :

                                    Defendant.            :
---------------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of plaintiff's affirmation of Peter B. Foster, Esq. in support of its motion with supporting exhibits was served on the following electronically through the Court's ECF system on the 10th day of July, 2008.

Bruce Jay Cooper      bcooper@pittadreier.com

Jane Lauer Barker     jbarker@pittadreier.com

Dated: New York, New York
       July 10, 2008

                                          FOSTER & WOLKIND, P.C.

                                          By:_____s/_____
                                             PETER B. FOSTER, ESQ. (PF 0851)
                                             Attorneys for Plaintiff
                                             150 Street Corp.
                                             80 Fifth Avenue, Suite 1401
                                             New York, New York 10011-8002
                                             (212) 691-2313
                                             pfoster@foster-wolkind.com