# PITTA & DREIER LLP

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 11

Jane Lauer Barker *Partner*
Direct Dial 212 652 3828
jbarker@pittadreier.com

August 7, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**
.AUG 1 1 2008

Via Facsimile (212) 805-6737

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

> **Re:** 150 Street Corp. v. Local 272 Welfare Fund (08 CV 1540) (GBD)

Dear Judge Daniels:

This firm represents defendant in the above matter. We are writing, with the consent of plaintiff's counsel, Peter B. Foster, Esq., to request a thirty (30) day extension of the close of fact discovery from August 14, 2008 to September 15, 2008 in order to conduct depositions, and an adjournment of the case management conference scheduled for September 11, 2008.

To date, the parties have served requests for documents and interrogatories. Defendant has already provided a substantial number of relevant documents to plaintiff and will be providing additional documents with its formal response to plaintiff's document request which is due on August 25, 2008. Plaintiff's response to defendant's document request is due at the end of this week. Defendant intends to take several depositions and is serving notices this week.

We expect that extending the close of fact discovery to September 15, 2008, will be sufficient for all depositions to be completed, with a conference shortly thereafter as the Court's schedule permits. No previous request has been made for an extension of discovery in this case.

Thank you for your consideration.

Respectfully yours,

*Jane Lauer Barker*

Jane Lauer Barker

cc:  Peter B. Foster, Esq. (via fax)

499 Park Avenue  New York, New York 10022
Telephone 212 652 3890  Facsimile 212 652 3891

111 Washington Avenue  Suite 401  Albany, New York 12210
Telephone 518 449 3320  Facsimile 518 449 5812

{00378418.DOC;}

www.pittadreier.com