# FOSTER & WOLKIND, P.C.
### ATTORNEYS AT LAW
### 80 FIFTH AVENUE, SUITE 1401
### NEW YORK, NEW YORK 10011

PETER B. FOSTER
BRYAN E. WOLKIND
STEWART A. WOLF

TEL 212 691-2313
FAX 212 691-2459

WRITER'S DIRECT E-MAIL
SWOLF@FOSTER-WOLKIND.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 3 2008

September 2, 2008

**SO ORDERED**

*George B. Daniels*
**HON. GEORGE B. DANIELS**
SEP 0 3 2008

**BY FAX - (212) 805-6737**

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

Re:   **150 Street Corp. v. Local 272 Welfare Fund; Case No. 08 CV 1540 (GBD)**

Dear Justice Daniels:

    This firm represents the plaintiff in the above referenced matter. I am writing, with the consent of defendant's counsel, to request a thirty (30) day extension of the end of fact discovery from September 15, 2008 to October 15, 2008..

    The parties have already served and responded to various written documents requests, and plaintiff and defendant anticipate conducting multiple depositions this month. Defendant has already served deposition notices and plaintiff will be serving deposition notices this week.

    This request for a thirty (30) day extension of fact discovery should be sufficient allow the parties to conclude all fact discovery. A prior request for a one (1) month extension of fact discovery was previously requested by defendant's counsel on August 7, 2008 and was granted by the Court.

Respectfully submitted,

Foster & Wolkind, P.C.

*Peter B. Foster*

Peter B. Foster, Esq.

cc: Jane Lauer Barker, Esq. – By Fax (212) 652-3891